WILLIAM EBLING et al., Respondents, *v.* FRANCIS J. NEKARDA et al., Appellants, and HOME ALLIANCE REALTY COMPANY, Respondent, Impleaded with Others.

*Ebling* v. *Nekarda*, 148 App. Div. 193, affirmed.
(Argued January 15, 1914; decided February 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1911, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in a stockholders' action to recover on behalf of their corporation moneys alleged to have been diverted from its treasury.

*L. B. Treadwell, Roger Foster, Richard W. Darling* and *James M. Gorman* for appellants.

*William E. Cook, Joseph H. Kohan* and *Henry A. Petersen* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.